# UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 13 |
| Ian M. Borden, | Case No. 24-10196 (PMM) |
| Debtor | |
| Arnold's Office Furniture, LLC, | PROCEEDING FROM WHICH ALL CLAIMS ARE REMOVED |
| and | |
| Sunline USA, LLC., | Court of Common Pleas, Chester County, Pennsylvania |
| *Plaintiffs* | CCP Case No.: 2023-10237-RC |
| v. | |
| Ian M. Borden, | |
| and | |
| I M Borden Group LLC, | |
| and | |
| Amanda K. Borden, | |
| *Defendants* | |

## NOTICE OF REMOVAL

Amanda K. Borden ("Ms. Borden") by and through her undersigned counsel, Smith Kane Holman, LLC, hereby files this Notice of Removal (the "Notice"), pursuant to 28 U.S.C. § 1452, removing all claims and causes of action in the above-captioned proceeding from the Court of Common Pleas of Chester County, Pennsylvania, in which they are now pending, to the United States District Court for the Eastern District of Pennsylvania, with a request that same be

transferred, pursuant to the "automatic reference" and Standing Orders of the United States District Court for the Eastern District of Pennsylvania dated July 25, 1984, November 8, 1990, and June 29, 1992 ("Standing Order of Reference") to the United States Bankruptcy Court for the Eastern District of Pennsylvania, where the bankruptcy case of Defendant Ian M. Borden (the "Debtor") is now pending as above-captioned.

1. On January 22, 2024, the Debtor filed a voluntary petition for relief under Chapter 13 of Title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code").

2. The Debtor's chapter 13 case (the "Bankruptcy Case") is currently open and pending before United States Bankruptcy Judge Patricia M. Mayer, United States Bankruptcy Judge in the United States Bankruptcy Court for the Eastern District of Pennsylvania, Philadelphia Vicinage (the "Bankruptcy Court").

3. Prior to the filing of the Bankruptcy Case, on or about December 22, 2023, Arnold's Office Furniture, LLC and Sunline USA, LLC (collectively, "Plaintiffs") commenced a civil action in the Court of Common Pleas of Chester County, Pennsylvania ("State Court") against the Debtor, Ms. Borden, and I M Borden Group, LLC (collectively, "Defendants"), captioned: *Arnold's Office Furniture, LLC and Sunline USA, LLC v. Ian M. Borden, I M Borden Group LLC, and Amanda K. Borden*, Case No. 2023-10237-RC (the "State Court Action"), by the filing of a complaint (the "State Court Complaint").

4. The State Court Complaint contains three counts (collectively, the "Claims"), each brought pursuant to the misidentified Pennsylvania Uniform Fraudulent Transfer Act ("PUFTA") and each seeking, inter alia, judgment to be entered against the Debtor and Ms. Borden, and a judicial order declaring the purported conveyance of certain real property by the Debtor to be fraudulent under PUFTA.

5. The State Court Action is currently pending, but stayed as to the Debtor pursuant to 11 U.S.C. § 362(a), before State Court, the Honorable Anthony T. Verwey presiding.

6. Pursuant to 28 U.S.C. § 1452 and Rule 9027 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rule(s)"), Ms. Borden is requesting the removal of the Claims from the Court of Common Pleas, Chester County, to the United States District Court for the Eastern District of Pennsylvania.

7. Pursuant to Bankruptcy Rule 9027, the request for removal is made to the District Court where the civil action is pending. See Fed. R. Bankr. P. 9027(a)(1).

8. However, the proper place for the filing of the Notice is the Bankruptcy Court for the Eastern District of Pennsylvania. See In re Funquest Vacations, Inc., 1998 Bankr. LEXIS 286 *5-7, n.4 (Bankr. E.D. Pa. Feb 5, 1998) (quoting In re Stamm, 21 B.R. 715, 724 (Bankr. W.D. Pa. 1982) ("The local bankruptcy court is the most convenient court to receive removal petitions and acts as the first court to review them.").

9. This Court has subject matter jurisdiction over the Claims in the State Court Action pursuant to 28 U.S.C. § 1334(b) because the Claims arise in and are related to the Bankruptcy Case.

10. The Claims are removable to this Court under 28 U.S.C. § 1452(a) because this Court has jurisdiction over the Claims under 28 U.S.C. § 1334(b).

11. The Claims are each a core proceeding under 28 U.S.C. § 157 (b)(2)(A), (B), (H) and (O), as they are: matters concerning the administration of the estate; allowance or disallowance of claims against the estate; proceedings to determine, avoid, or recover fraudulent conveyances; and proceedings affecting the liquidation of assets of the estate or the adjustment of the debtor-creditor relationship.

12. Ms. Borden consents to the entry of final orders or judgment by the Bankruptcy Court.

13. This Notice is timely made pursuant to Bankruptcy Rule 9027(a)(2) in that it is being filed well in advance of the deadline of 90 days from the Order for Relief in the Bankruptcy Case.

14. No previous Notice for the relief sought herein has been made to this or any other court.

15. Pursuant to Bankruptcy Rule 9027(a)(1), a copy of all process and pleadings in the State Court Action are attached hereto as Exhibits 1 and 2; consisting of the docket for the State Court Action (as of January 23, 2024) and the State Court Complaint (with supporting exhibits appended thereto).

16. Pursuant to Bankruptcy Rule 9027(b), a copy of the Notice of Removal will be promptly served on all parties to the removed State Court Action.

17. Pursuant to Bankruptcy Rule 9027(c), a copy of the Notice of Removal will be promptly filed with the Court of Common Pleas, Chester County on the docket in connection with the State Court Action.

WHEREFORE, the Defendant Amanda K. Borden respectfully requests that further proceedings in the State Court be discontinued; that the Claims in the State Court Action be removed from the Court of Common Pleas of Chester County to the United States Bankruptcy Court for Eastern District of Pennsylvania, pursuant to the Standing Order of Reference; that this Court assume full jurisdiction over the State Court Action; and that this Court grant such other and further relief as is necessary and just.

Respectfully Submitted,

SMITH KANE HOLMAN, LLC

Dated:  January 24, 2024

By:*/s/ Nicholas M. Engel*
Nicholas M. Engel, Esquire
112 Moores Road, Suite 300
Malvern, PA 19355
Telephone: (610) 407-7215
Facsimile: (610) 407-7218
E-mail: nengel@skhlaw.com
*Counsel to Amanda K. Borden*