**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| **In Re:** | **IAN M. BORDEN** | **:** | **CHAPTER 13** |
| | | **:** | |
| | **Debtor** | **:** | |
| | | **:** | **BANKRUPTCY NO. 24-10196-PMM** |

## STATUS REPORT

In the appeal styled as *Arnold's Office Furniture, LLC and Sunline USA LLC (Appellees)*

*v. Ian M. Borden and I M Borden Group LLC (Appellants)*, Case No. 23-2235, United States

Court of Appeals for the Third Circuit, the appeal has been fully briefed and it is scheduled for

argument or submission on the papers on March 10, 2026.   The parties will find out in the next

few weeks whether the Court will hear oral argument.

Respectfully submitted,

Lohr & Associates, Ltd.

Date:   February 10, 2026                 By:        /s/   Robert J. Lohr II
                                                            *Attorney for the Debtor*